No. 233, Misc.  BALDRIDGE *v.* RAGEN, WARDEN.  Circuit Court of Madison County, Illinois.  Certiorari denied.

No. 248, Misc.  HINDERHAN *v.* RANDOLPH, WARDEN. Circuit Court of Madison County, Illinois.  Certiorari denied.

No. 177.  McELROY *v.* McELROY, *ante,* p. 857;
No. 245.  McELROY *v.* COBOURN ET AL., DOING BUSINESS AS COBOURN, YAGER, NOTNAGEL, SMITH & MORAN, *ante,* p. 857;
No. 320.  SACKETT *v.* LOUISIANA, *ante,* p. 869; and
No. 326.  FLETCHER *v.* NOSTADT ET AL., *ante,* p. 877. Petitions for rehearing denied.

No. 190.  INTERNATIONAL WORKERS ORDER, INC. *v.* NEW YORK, BY BOHLINGER, SUPERINTENDENT OF INSURANCE, ET AL.; and
No. 283.  SELIGSON ET AL. *v.* NEW YORK, BY BOHLINGER, SUPERINTENDENT OF INSURANCE, *ante,* p. 857. Petitions for rehearing denied.  MR. JUSTICE CLARK took no part in the consideration or decision of these applications.

No. 43, Misc.  READER *v.* ILLINOIS, *ante,* p. 841.  Rehearing denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this application.

DECEMBER 14, 1953.

No. 5, Original, October Term, 1950.  NEW JERSEY *v.* NEW YORK ET AL.  The applications of New Jersey and Pennsylvania for an extension of time within which to answer the amended petition of the City of New York are

914

granted and the time is extended to and including December 31, next. *Kenneth H. Murray,* Deputy Attorney General, for the State of New Jersey. *Frank F. Truscott,* Attorney General, and *William A. Schnader* for the State of Pennsylvania.

No. 464. UNITED STATES *v.* BORDEN COMPANY ET AL. Appeal from the United States District Court for the Northern District of Illinois. Probable jurisdiction noted. *Acting Solicitor General Stern* for the United States. *Stuart S. Ball* for the Borden Company et al., *L. Edward Hart, Jr.* for the Bowman Dairy Co. et al., and *Leo F. Tierney* for the Beloit Dairy Co., appellees.

No. 287. ALASKA STEAMSHIP CO., INC. *v.* PETTERSON. C. A. 9th Cir. Certiorari granted. *Stanley B. Long* for petitioner. *Samuel B. Bassett* for respondent.

No. 431. BARBER, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, *v.* GONZALES. C. A. 9th Cir. Certiorari granted. *Acting Solicitor General Stern* for petitioner.

No. 449. UNITED STATES *v.* GILMAN. C. A. 9th Cir. Certiorari granted. *Acting Solicitor General Stern* for the United States. *Rolland Lee Nutt* for respondent.

No. 374. HARAD ET AL., DOING BUSINESS AS INDUSTRIAL ENGINEERING ASSOCIATES, *v.* SEARS, ROEBUCK & Co. C. A. 7th Cir. Certiorari denied. *Paul Mendenhall* for